**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1280**

_____

JAMES VECCHIONE,

               Plaintiff – Appellant,

     v.

OPTION ONE MORTGAGE CORPORATION; U.S. BANK NATIONAL
ASSOCIATION,

               Defendants – Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. James A. Beaty, Jr.,
Chief District Judge. (1:09-cv-00380-JAB-PTS)

_____

Submitted: June 1, 2010          Decided: June 10, 2010

_____

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

James Vecchione, Appellant Pro Se. Jason Kenneth Purser,
SHAPIRO & INGLE LLP, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Vecchione seeks to appeal the district court's order denying his motion to vacate the court's previous order accepting the recommendation of the magistrate judge and granting Defendants' motion to remand. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on February 3, 2010. The notice of appeal was filed on March 8, 2010. Because Vecchione failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2